OCT 17 2023 am10:51
FILED - USDC - FLMD - JAX

## UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE-DIVISION

DERRICK D.FREDERICK,

Plaintiff,

Vs.

CASE NUMBER: 3:23-cv-1224-HES-JBT

SGT.THOMPKINS,

OFFICER JOHNSON;

LIEUTENANT SANDERS

DEFENDANTS.

## COMPLAINT FOR VIOLATION
## OF CIVIL RIGHTS. 42 U.S.C.1983 "EXCESSIVE USE OF FORCE"

**I.    PLAINTIFFS:**

    (A)   Plaintiff's name: DERRICK FREDERICK
          Plaintiff's inmate number: 122303
          Prison or jail: Southbay Correctional Facility
          Mailing address: P.O. Box 7171 Southbay, Florida 33493

**II.    DEFENDANTS:**

(1).   Defendant's name: THOMPKINS

      Official position: Sergeant

      Mailing address: 7819 N.W.228TH Street

      Raiford, Florida 32026

(2).   Defendant's name: R.Johnson

      Official position: Officer

      Mailing address: 7819 N.W.228TH Street

      Raiford, Florida 32026

(3).    Defendant's name: ▉.Sanders

Official position: Lieutenant

Mailing address: 7819 N.W.228TH Street

Raiford, Florida 32026


## INTRODUCTION

1. This is a civil rights action filed by Derrick D.Frederick a state prisoner, for damages and injunctive relief under 42 U.SC. § 1983, alleging excessive use of force, to redress the deprivation, under color of State Law.


## JURISDICTION

2. The Court has Jurisdiction over the Plaintiff's claims of violation of federal constitutional rights under 42 U.SC. §§ 1331(1) and 1343.United States District Court Middle District of Florida Jacksonville Division, is the appropriate Venue under 28 U.S.C. section 1391 (b) (2) because it is where the events giving rise to this complaint.


## PARTIES

3. The Plaintiff was incarcerated at: New River Correctional Institution (Hereinafter "NRC") during the events described in this complaint.

4. Defendant Thompkins is a correctional officer within the Department of Corrections, with the rank of Sergeant. He is sued in his individual capacity.

5. Defendant R.Johnson is a correctional officer within the Department of Corrections. He is sued in his individual capacity.

6. Defendant Sanders is a Lieutenant, and is assigned as supervisor over the step down program in G Dormitory at NRC.He is

FACTUAL ALLEGATIONS

1. On or about December 13th, 2019, plaintiff was housed at New River C.I. approximately 11:30 -12:30 p.m. Plaintiff was returning from afternoon chow, and returning back to his assigned dormitory in "G" Quad wing 4.

2. Plaintiff was standing at the door of wing 4, waiting patiently for the officer in the control booth to open the door.

3. Defendant Thompkins and Johnson was on the other side of the door waiting to exit wing 4 to assist with movement. When the door was opened, plaintiff opened the door out of respect for defendant Johnson and SGT. Thompkins, to allow them to exit first.

**Misuse of Force**

4. After the events described above, Defendant Thompkins yelled to defendant Johnson to slam the door on plaintiff's hand, which was holding the door for both defendant's.

5. Without provocation, defendant Johnson intentionally and forcefully slammed the door on plaintiff's hand, causing significant damage to plaintiff's right hand finger, which was amputated.

6. After the above described events, plaintiff was transported by prison staff to an outside hospital to the emergency room, where doctors had to – re-break a bone in plaintiff's finger.

7. Lt. Sanders was informed many times, especially the morning of the incident in question, about defendant's Johnson and Thompkins racist comments to black inmates. Plaintiff personally informed Lt. Sanders that

3.

Sgt. Thompkins stated that all y'all niggas are monkey's and need to be in a cage. At that time, defendant Johnson was laughing and stated you're right Sgt. Thompkins.

8. Instead of taking action to curb defendant's Thompkins and Johnson's atrocious conduct, Lt. Sanders condoned in their actions and did nothing to reprimand or counsel them concerning what plaintiff told him.

9. As a direct and proximate result of Defendant **LT.** sander's acts, as alleged in this complaint, Plaintiff was caused to suffer the following damages:

a. Severe physical pain and suffering for an extended period of time.

b. Fear, apprehension, anxiety, and other mental and emotional injuries and suffering experienced during the period of time in Defendant's care and custody.

c. Fear, apprehension, anxiety, and other mental and emotional injuries.

d.    Degradation out of indifferent and abusive treatment and violation of civil rights as guaranteed by the Eighth Amendment.

e. Continuing physical pain and suffering and mental and emotional anguish, depression, anxiety, and other suffering, and diminished ability to enjoy life.

10. Plaintiff has exhausted all claims, and complied with all applicable grievance procedures made available by prison officials.

## I. STATEMENT OF CLAIMS
### COUNT 1

**DEFENDANT SANDERS FAILURE TO TAKE DISCIPLINARY OR OTHER ACTION AGAINST DEFENDANT'S JOHNSON AND THOMPKINS VIOLATED PLAINTIFF EIGHTH AMENDMENT RIGHT OF DUE PROCESS**

11. Plaintiff incorporates and adopts the statement of facts alleged in paragraphs 1-10 as fully set forth herein and further states: Defendant Sanders failure to take disciplinary or other action to curb the known pattern of racist and physical abuse by defendants Johnson and Thompkins, violated plaintiff's right of due process under the eighth amendment.

12. Defendant Sanders violated the Eighth Amendment by failing to protect plaintiff from unreasonably dangerous conditions, which led to the assault of plaintiff committed by defendant's Thompkins and Johnson.

**VII.    RELIEF REQUESTED:**

The above plaintiff requests this honorable court to grant compensatory damages in the following of $250,000ᶜ dollars for mental and emotional distress, depression, and pain and suffering, 450,000. punitive damages.

Plaintiff requests trial by jury, on all issues so triable.

5